IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROBERT LEE WRIGHT, III,**

    *Plaintiff*,

v.                                                                         Case No.: **4:24cv235-MW/MAF**

**JOHN CORDY JEAFFRESON,**

    *Defendant.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiff's objections, ECF No. 5.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 4, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint is **DISMISSED without prejudice** under the three-strikes provision of 28 U.S.C.§ 1915(g), because Plaintiff did not pay the filing fee and fails to meet the imminent danger exception."

Defendant's motion for relief from the obligation to prepay the filing fee, ECF No. 6, and Defendant's motion for application to proceed *in forma pauperis*

are **DENIED**. The Clerk shall close the file.

    **SO ORDERED on June 26, 2024.**

    <u>s/Mark E. Walker</u>
**Chief United States District Judge**